Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000851
01-JUN-2017
08:39 AM

NO. CAAP-16-0000851

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
RICHARD A. GARVIS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 15-1-1155(1))

ORDER APPROVING THE MAY 24, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Ginoza and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed May 24, 2017, by Defendant-Appellant Richard A. Garvis (Appellant), it appears that (1) the appeal was docketed on January 30, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 1, 2017.

Presiding Judge

Associate Judge

Associate Judge